## NEALL *v.* CITY OF ATLANTA *et al.*

BECK, J. Under the decision in the case of *Starnes* v. *Atlanta,* 139 *Ga.* 531 (77 S. E. 381) the judge did not err in refusing an injunction.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 14, 1913.

Petition for injunction.  Before Judge Bell.  Fulton superior court.  November 7, 1912.

*Lewis W. Thomas,* for plaintiff.

*James L. Mayson* and *William D. Ellis Jr.,* for defendants.